UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for SONOMA VALLEY BANK, <br><br> Plaintiff, <br><br> v. <br><br> MELVIN J. SWITZER, SEAN C. CUTTING AND BRIAN MELLAND, <br><br> Defendants. | Case No.  3:13-cv-03834-RS <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to to the Parties' stipulation, Plaintiff Federal Deposit Insurance Corporation as Receiver for Sonoma Valley Bank's opposition to Defendants Sean C. Cutting and Melvin J. Switzer's Motion to Dismiss the Complaint Pursuant to FRCP 12(b)(6) shall be filed on or before January 29, 2014.  Defendants' reply papers, if any, shall be filed on or before February 12, 2014.  The hearing of the Motion to Dismiss shall remain scheduled for March 13, 2014 at 1:30 p.m. in Courtroom 3.  The Initial Case Management Conference shall be continued from February 20, 2014 to March 13, 2014 at 1:30 p.m.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically at

11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

IT IS SO ORDERED

DATED:   December 16, 2013

_____
RICHARD SEEBORG
United States District Judge