
1  SCHIFF HARDIN LLP
   Antony S. Burt (Illinois Bar No. 019234)
2  233 South Wacker Drive, Suite 6600
   Chicago, IL 60606
3  Telephone:   (312) 258-5500
   Facsimile:   (312) 258-5600
4  aburt@schiffhardin.com

5  SCHIFF HARDIN LLP
   Robert B. Mullen (Bar No. 136346)
6  Nicole S. Kilgore (Bar No. 253072)
   One Market, Spear Street Tower
7  Thirty-Second Floor
   San Francisco, CA 94105
8  Telephone:   (415) 901-8700
   Facsimile:   (415) 901-8701
9  rmullen@schiffhardin.com
   nkilgore@schiffhardin.com
10

11 Attorneys for Plaintiff
   FEDERAL DEPOSIT INSURANCE
12 CORPORATION as Receiver for
   SONOMA VALLEY BANK
13

14                          UNITED STATES DISTRICT COURT

15                          NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

18 FEDERAL DEPOSIT INSURANCE           Case No. 3:13-cv-03834-RS
   CORPORATION as Receiver for
19 SONOMA VALLEY BANK,                 **STIPULATION TO EXTEND THE
                                       BRIEFING SCHEDULE OF
20                Plaintiff,           DEFENDANTS' MOTIONS TO DISMISS,
                                       AND TO PERMIT PLAINTIFF TO FILE
21 v.                                  ONE OVERLENGTH OPPOSITION
                                       BRIEF; [PROPOSED] ORDER**
22 MELVIN J. SWITZER, SEAN C.
   CUTTING, and BRIAN MELLAND,
23
                  Defendants.
24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 1 -

STIPULATION TO EXTEND THE BRIEFING SCHEDULE OF DEFENDANTS' MOTIONS TO DISMISS, AND TO PERMIT
PLAINTIFF TO FILE ONE OVERLENGTH OPPOSITION BRIEF; [PROPOSED] ORDER

Plaintiff Federal Deposit Insurance Corporation as Receiver for Sonoma Valley Bank ("Plaintiff") and Defendants Sean C. Cutting ("Cutting"), Melvin J. Switzer ("Switzer") and Brian Melland ("Melland") (collectively, "Defendants"), by and through their counsel, hereby enter into this Stipulation based on the following:

1. On December 10, 2013, Defendants Cutting and Switzer responded to Plaintiff's complaint by filing a Motion to Dismiss the Complaint Pursuant to FRCP 12(b)(6) ("Motion to Dismiss") [Doc. Nos. 13-17].

2. On January 15, 2014, Defendant Melland ("Melland") responded to the complaint by filing a separate Motion to Dismiss the Complaint Pursuant to FRCP 12(b)(6) [Doc. No. 20-21].

3. On December 13, 2013, Plaintiff and Defendants Cutting and Switzer entered a stipulation, and the Court entered an order, providing that Plaintiff shall file opposition papers by January 29, 2014, with Defendants' reply papers due February 12, 2014, and the hearing date for the Motions to Dismiss on March 13, 2014 at 1:30 p.m. in Courtroom 3 [Doc. No. 18].

4. To accommodate a conflict of the Plaintiff's counsel, the parties now propose to extend the above briefing deadline, with Plaintiff's opposition to both motions due February 4, 2014, and Defendants' reply papers due February 21, 2014.

5. Further, for the sake of efficiency, the parties propose to allow Plaintiff to file a single brief in opposition to both Motions to Dismiss with a page limitation of thirty-five (35) pages rather than filing two separate opposition briefs each with a page limitation of twenty-five (25) pages, pursuant to Rule 7-4 of the Civil Local Rules, U.S. District Court, Northern District of California.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT Plaintiff's opposition to the Motions to Dismiss shall be filed on or before February 4, 2014; Defendants' reply papers shall be filed on or before February 21, 2014; and the Motions to Dismiss shall remain scheduled for hearing on March 13, 2014 at 1:30 p.m. in Courtroom 3. Further, Plaintiff may file a single brief in opposition to both motions, not to exceed thirty-five (35) pages of text.

///

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 2 -

STIPULATION TO EXTEND THE BRIEFING SCHEDULE OF DEFENDANTS' MOTIONS TO DISMISS, AND TO PERMIT PLAINTIFF TO FILE ONE OVERLENGTH OPPOSITION BRIEF; [PROPOSED] ORDER

Dated: January 29, 2014

SCHIFF HARDIN LLP

By: /s/ Robert B. Mullen
Antony S. Burt
Robert B. Mullen
Nicole S. Kilgore
Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for
SONOMA VALLEY BANK

Dated: January 29, 2014

JONES DAY

By: /s/
Neal J. Stephens
Valerie McConnell
Attorneys for Defendant
SEAN C. CUTTING

Dated: January ___, 2014

DUANE MORRIS LLP

By: _____
George D. Niespolo
Stephen H. Sutro
Attorneys for Defendant
MELVIN J. SWITZER

Dated: January 29, 2014

GEARY, SHEA, O'DONNELL,
GRATTAN & MITCHELL, P.C.

By: /s/
John A. Holdredge
Matthew K. Good
Attorneys for Defendant
BRIAN MELLAND

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

STIPULATION TO EXTEND THE BRIEFING SCHEDULE OF DEFENDANTS' MOTIONS TO DISMISS, AND TO PERMIT PLAINTIFF TO FILE ONE OVERLENGTH OPPOSITION BRIEF; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: January _____, 2014 | SCHIFF HARDIN LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Antony S. Burt |
| | | Robert B. Mullen |
| 5 | | Nicole S. Kilgore |
| | | Attorneys for Plaintiff |
| 6 | | FEDERAL DEPOSIT INSURANCE |
| | | CORPORATION as Receiver for |
| 7 | | SONOMA VALLEY BANK |
| 8 | Dated: January 29, 2014 | JONES DAY |
| 9 | | |
| 10 | | By:_____ |
| 11 | | Neal J. Stephens |
| | | Valerie McConnell |
| 12 | | Attorneys for Defendant |
| | | SEAN C. CUTTING |
| 13 | | |
| 14 | Dated: January 19, 2014 | DUANE MORRIS LLP |
| 15 | | |
| 16 | | By:_____ |
| | | George D. Niespolo |
| 17 | | Stephen H. Sutro |
| | | Attorneys for Defendant |
| 18 | | MELVIN J. SWITZER |
| 19 | Dated: January _____, 2014 | GEARY, SHEA, O'DONNELL, |
| 20 | | GRATTAN & MITCHELL, P.C. |
| 21 | | |
| 22 | | By:_____ |
| | | John A. Holdredge |
| 23 | | Matthew K. Good |
| | | Attorneys for Defendant |
| 24 | | BRIAN MELLAND |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 3 -
STIPULATION TO EXTEND THE BRIEFING SCHEDULE OF DEFENDANTS' MOTIONS TO DISMISS, AND TO PERMIT PLAINTIFF TO FILE ONE OVERLENGTH OPPOSITION BRIEF; [PROPOSED] ORDER

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, Plaintiff Federal Deposit Insurance Corporation as Receiver for Sonoma Valley Bank's opposition to Defendants Sean C. Cutting and Melvin J. Switzer's Motion to Dismiss the Complaint Pursuant to FRCP 12(b)(6), and opposition to Defendant Brian Melland's Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6), shall be filed on or before February 4, 2014. Defendants' reply papers, if any, shall be filed on or before February 21, 2014. Further, Plaintiff may file a single brief in opposition to both Motions to Dismiss, not to exceed 35 pages of text. The hearing of the Motions to Dismiss and the Initial Case Management Conference shall remain scheduled for March 13, 2014 at 1:30 p.m. in Courtroom 3 before the Honorable Richard Seeborg.

IT IS SO ORDERED.

Dated: __1/29__, 2014

_____
U.S. District Judge

CH2\14123904.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

STIPULATION TO EXTEND BY TWO DAYS THE BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS, AND TO PERMIT PLAINTIFF TO FILE ONE OVERLENGTH OPPOSITION BRIEF; [PROPOSED] ORDER

Case 3:13-cv-03834-RS   Document 23   Filed 01/29/14   Page 6 of 6

FDIC v. Switzer, et al.
USDC, Central Dist. Case No. 3:13-cv-03834-RS

# PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**STIPULATION TO EXTEND THE BRIEFING SCHEDULE OF DEFENDANTS' MOTIONS TO DISMISS, AND TO PERMIT PLAINTIFF TO FILE ONE OVERLENGTH OPPOSITION BRIEF; (PROPOSED) ORDER**

☒ **BY E-SERVING:** By electronically serving the document(s) listed above via ECF/PACER on the recipients designed on the Transaction Receipt located on the ECF/PACER website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 29th day of January 2014, at San Francisco, California.

/s/ Nadine E. Williams
Nadine E. Williams

41485-0001
CH2\13663666.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE