Case3:13-cv-03834-RS Document51 Filed04/16/14 Page1 of 4

ORIGINAL

FILED
2014 APR 16 P 3: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIF.

Neal J. Stephens (State Bar No. 152071)
nstephens@jonesday.com
Allison J. Cheung (State Bar No. 244651)
acheung@jonesday.com
Valerie M. McConnell (State Bar No. 274159)
vmcconnell@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   +1.650.739.3939
Facsimile:   +1.650.739.3900

Attorneys for Defendant
SEAN C. CUTTING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SONOMA VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN J. SWITZER, SEAN C. CUTTING AND BRIAN MELLAND,<br><br>Defendants. | Case No. 13-03834 RS<br><br>**NOTICE OF LODGING OF NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

As required under Criminal Local Rule 8-1(a), Mr. Cutting hereby lodges a copy of the Notice of Related Case in a Criminal Action ("Notice") filed in *Federal Deposit Insurance Corporation as Receiver for Sonoma Valley Bank v. Melvin J. Switzer, et al.*, Case No. 13-cv-03834 RS. As stated in the Notice, Mr. Cutting submits that the above-referenced action is related to a criminal action assigned to the Honorable Susan Illston, *United States of America v. Bijan Madjlessi, David Lonich, Sean Cutting, and Brian Melland*, Case No. 14-cr-00139.

Dated: April 16, 2014

JONES DAY

By: /s/ Neal Stephens
Neal J. Stephens

Counsel for Defendant
SEAN C. CUTTING

SVI-144372

**PROOF OF SERVICE BY MAIL AND E-MAIL**

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 16, 2014, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s)::

On April 16, 2014, I served a copy of the within document(s):

**NOTICE OF LODGING OF NOTICE**
**OF RELATED CASE IN A CRIMINAL ACTION**

Also by e-mailing a copy thereof to the following individual(s) at the following e-mail addresses .

| Atorneys for Plaintiffs - Federal Deposit Insurance Corporation | Attorneys for Defendant - Brian Melland |
|---|---|
| Antony S. Burt, Esq.<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>Email: aburt@schiffhardin.com | John Holdredge, Esq.<br>Geary Shea, O'Donnell, Grattan & Mitchell, P.C.<br>37 Old Courthouse Square, Fourth Floor<br>Santa Rosa, CA 95404<br>Email: jholdredge@gsoglaw.com |
| Robert B. Mullen, Esq.<br>Nicole S. Kilgore, Esq.<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco, CA<br>Email: rmullen@schiffhardin.com<br>Email: nkilgore@schiffhardin.com | Attorneys for Defendant - Melvin Switzer<br><br>Stephen H. Sutro, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105<br>Email: shsutro@duanemorris.com |

///

///

///

NOTICE OF LODGING OF NOTICE OF
RELATED CASE IN A CRIMINAL ACTION
Case No. CV 13-03834 RS

| | |
|---|---|
| Attorneys for Defendant – Brian Melland<br><br>Edward J. Hu, Esq.<br>Office of the Federal Public Defender<br>450 Golden Gate Ave 19th Floor<br>San Francisco, CA 94102<br>Phone: 415-436-7700<br>Email: edward_hu@fd.org<br><br>George Claude Boisseau, Esq.<br>740 4th Street, 2nd Floor<br>Santa Rosa ,CA 95404<br>Phone: 707-578-5636<br>Email: boisseaugc@msn.com | Attorneys for Defendant – David Lonich<br><br>Thomas S. Brown, Esq.<br>Foley & Lardner LLP<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>Phone: 415.984.9830<br>Email: tsbrown@foley.com<br><br>Atorneys for Defendant - Bijan Madjlessi<br><br>Steven M. Bauer, Esq.<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Phone: 1-415-395-8083<br>Email: steve.bauer@lw.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 16, 2014, at Palo Alto, California.

*Trudy Carney*

SVI-144372v1