George D. Niespolo (SBN 72107)
Stephen H. Sutro (SBN 172168)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
shsutro@duanemorris.com

Attorney for Defendant
MELVIN SWITZER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Sonoma Valley Bank,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN J. SWITZER, SEAN C. CUTTING AND BRIAN MELLAND,<br><br>Defendants. | CASE NO. CV 13-03834 RS<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Courtroom: Courtroom 3, 17th Floor<br>Judge:     Hon. Richard Seeborg |

   WHEREAS Plaintiff Federal Deposit Insurance Corporation as Receiver for Sonoma Valley Bank (FDIC-R") filed its Complaint in this action on August 19, 2013;

   WHEREAS Defendant Melvin J. Switzer filed a Motion to Dismiss in response to the Complaint;

   WHEREAS the Court entered an order denying the Motion to Dismiss on April 9, 2014 and ordered that Defendants file an answer to the complaint within 20 days of the date of the Court's order (Dkt. 46); and

   WHEREAS Defendant Switzer currently is recovering from a medical procedure and is in need of extra time to file an answer to the Complaint;

   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

undersigned counsel, on behalf of their respective clients, Plaintiff FDIC-R, on the one hand, and the Defendant Switzer, on the other hand, as follows:

    Defendant Switzer's deadline to answer the Complaint will be extended 30 days to May 29, 2014.

**IT IS SO STIPULATED.**

Dated: April 24, 2014

    DUANE MORRIS LLP


    _____/s/_____
    Stephen H. Sutro

    Attorney for Defendant Melvin Switzer


Dated: April 24, 2014

    SCHIFF HARDIN LLP


    _____/s/_____
    Robert B. Mullen

    Attorney for Plaintiff Federal Deposit Insurance
    Corporation as Receiver for Sonoma Valley Bank


    ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.

1  [~~PROPOSED~~] ORDER

2  **IT IS SO ORDERED.**

3  Dated: __4/24_____, 2014.

_____
Honorable Richard Seeborg
U.S. District Court Judge