**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for SONOMA
VALLEY BANK,

                Plaintiff,

    v.

MELVIN J. SWITZER, et al.,

                Defendants.

_____/

No. C 13-3834 RS

**ORDER GRANTING MOTION TO STAY**

        Pursuant to Civil Local Rule 7-1(b), the motion of defendants Brian Melland and Sean Cutting to stay this action pending resolution of related criminal prosecutions is suitable for disposition without oral argument, and the hearing set for June 12, 2014 is vacated.   In view of plaintiff's "conditional non-opposition" and all the circumstances, good cause exists to stay this action until further order of the Court.

        No later than the last court day of August, 2014, and every third month thereafter, defendants shall file a written statement regarding the status of the criminal proceedings.  Within one week of each such report, plaintiff may file a response.  If at any time the criminal proceedings are terminated such that a stay is no longer warranted, the parties shall inform the Court without waiting for the next reporting deadline.

1    IT IS SO ORDERED.

2

3    Dated: 6/2/14

4                                              RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California