SCHIFF HARDIN LLP
Antony S. Burt (Illinois Bar No. 019234)
233 South Wacker Drive, Suite 6600
Chicago, IL  60606
Telephone:    (312) 258-5500
Facsimile:    (312) 258-5600
aburt@schiffhardin.com

SCHIFF HARDIN LLP
Robert B. Mullen (Bar No. 136346)
Lance C. Cidre (Bar No. 287906)
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701
rmullen@schiffhardin.com
nkilgore@schiffhardin.com

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for
SONOMA VALLEY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for SONOMA VALLEY BANK,<br><br>                      Plaintiff,<br><br>v.<br><br>MELVIN J. SWITZER, SEAN C. CUTTING, and BRIAN MELLAND,<br><br>                      Defendants. | Case No.  3:13-cv-03834-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Federal Deposit Insurance Corporation as Receiver for Sonoma Valley Bank ("FDIC-R") and defendants Melvin J. Switzer, Sean C. Cutting and Brian Melland ("Defendants"), by and through their counsel, hereby stipulate and agree as follows:

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1  WHEREAS, the Court has set a Case Management Conference for August 27, 2015 at 10:00 a.m. in Courtroom 3, 17th Floor, San Francisco;

WHEREAS, the parties and insurers for the defendants have now reached a tentative settlement agreement which is being drafted at this time, and anticipate agreeing to a dismissal of this lawsuit in its entirety;

WHEREAS, the Court has previously continued the Case Management Conference three times to accommodate the parties' settlement discussions, having vacated dates of June 25, 2015, July 9, 2015 and July 23, 2015;

WHEREAS, the interests of the Court and the parties will be served by a further continuance of the Case Management Conference by at least 30 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Case Management Conference set for August 27, 2015 shall be continued for at least 30 days, to be rescheduled at the convenience of the Court.

Dated:   August 20, 2015         SCHIFF HARDIN LLP

By:   */s/ Robert B. Mullen*
      Robert B. Mullen
      Attorneys for Plaintiff
      FEDERAL DEPOSIT INSURANCE
      CORPORATION as Receiver for
      SONOMA VALLEY BANK

Dated:   August 20, 2015         DUANE MORRIS LLP

By:   */s/ Stephen H. Sutro*
      Stephen H. Sutro
      Attorneys for Defendant
      Melvin J. Switzer, Jr.

| | | |
|---|---|---|
| Dated: August 20, 2015 | | JONES DAY |
| | By: | */s/ Neal J. Stephens* |
| | | Neal J. Stephens
Attorneys for Defendant
Sean C. Cutting |
| Dated: August 20, 2015 | | GEARY, SHEA, O'DONNELL,
   GRATTAN & MITCHELL, P.C. |
| | By: | */s/ John A. Holdredge* |
| | | John A. Holdredge
Attorneys for Defendant
Brian Melland |

**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2015.

SCHIFF HARDIN LLP

By: */s/ Robert B. Mullen*
Robert B. Mullen
Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for
SONOMA VALLEY BANK

**[PROPOSED] ORDER**

IT IS SO ORDERED.  The Case Management Conference previously set for August 27, 2015 is continued to _____.  The Case Management Statement is due by _____.

Dated: _____

Honorable Richard Seeborg
U.S. District Judge

41485-0001
CH2\17097938.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**