1  SCHIFF HARDIN LLP
   Antony S. Burt (Illinois Bar No. 019234)
2  233 South Wacker Drive, Suite 6600
   Chicago, IL 60606
3  Telephone:  (312) 258-5500
   Facsimile:  (312) 258-5600
4  aburt@schiffhardin.com

5  SCHIFF HARDIN LLP
   Jean-Paul P. Cart (Bar No. 267516)
6  One Market, Spear Street Tower
   Thirty-Second Floor
7  San Francisco, CA 94105
   Telephone:  (415) 901-8700
8  Facsimile:  (415) 901-8701
   jcart@schiffhardin.com
9
   Attorneys for Plaintiff
10 FEDERAL DEPOSIT INSURANCE
   CORPORATION as Receiver for
11 SONOMA VALLEY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for SONOMA VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN J. SWITZER, SEAN C. CUTTING, and BRIAN MELLAND,<br><br>Defendants. | Case No. 3:13-cv-03834-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Federal Deposit Insurance Corporation, as Receiver for Sonoma Valley Bank ("FDIC-R") and Defendants Melvin J. Switzer, Sean C. Cutting, and Brian Melland (collectively with FDIC-R, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal

of this action with prejudice, with the Parties to each bear their own attorney's fees, costs, and expenses incurred in this action.

Dated:  May 3, 2016

By: /s/ Stephen H. Sutro
    Stephen H. Sutro
    DUANE MORRIS LLP
    Suite 2200
    One Market Plaza, Spear Tower
    San Francisco, CA 94105-1127
    SHSutro@duanemorris.com
    Attorneys for Melvin J. Switzer

By: /s/ Antony S. Burt
    Antony S. Burt
    Jean-Paul P. Cart
    SCHIFF HARDIN LLP
    aburt@schiffhardin.com
    jcart@schiffhardin.com
    Attorneys for the Federal Deposit Insurance Corporation

By: /s/ John A. Holdredge
    John A. Holdredge
    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL
    P.C.37 Old Courthouse Square
    Santa Rosa, CA 95404
    jholdredge@gearylaw.com
    Attorneys for Brian Melland

By: /s/ Neal J. Stephens
    Neal J. Stephens
    JONES DAY
    1755 Embarcadero Road
    Palo Alto, CA 94303
    nstephens@jonesday.com
    Attorneys for Sean C. Cutting

CH2\18259473.1